**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1663**

_____

MARIA ESTELA CASTILLO; A.P.C.,

        Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: August 29, 2022                    Decided: October 3, 2022

_____

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Luis C. Diaz, LAW OFFICES OF LUIS C. DIAZ, LLC, Silver Spring, Maryland, for Petitioners. Brian Boynton, Acting Assistant Attorney General, Anthony P. Nicastro, Assistant Director, Yanal H. Yousef, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Estela Castillo and her minor son, A.P.C., both natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) denying as untimely their motion to reopen and declining to apply equitable tolling. Based on our review of the record, we are satisfied that the Board did not abuse its discretion in denying reopening. *See Lawrence v. Lynch*, 826 F.3d 198, 203 (4th Cir. 2016) (explaining standard of review). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Castillo* (B.I.A. May 10, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*